UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BRANDON D MARTINEZ MARTINEZ,** | Civil Action No. 25-17572 (MCA) |
| Petitioner, | |
| v. | ORDER |
| **PAM BONDI, et al.,** | |
| Respondents. | |

Petitioner, a citizen of Guatemala who entered the United States without inspection in 2023 as a minor, has filed a habeas petition under 8 U.S.C. § 2241 challenging the legality of his detention under 8 U.S.C. § 1225(b)(2). On December 9, 2025, Respondents filed a letter response (ECF No. 3), stipulating to the relevant facts alleged in the Petition and acknowledging that they rely on the same statutory interpretation set forth in *Matter of Yajure Hurtado*, 29 I&N Dec. 215 (BIA 2025), which was rejected by this Court in *Vasquez Lucero v. Soto*, et al, No. 25-16737-MCA, 2025 WL 3240895 (D.N.J. Nov. 20, 2025); *see also Rivera Zumba v. Bondi*, Civ. No. 25-CV-14626, 2025 WL 2753496 (D.N.J. Sept. 26, 2025). The Court has considered the matter and **GRANTS** the Petition for the same reasons stated in *Vasquez Lucero*.

**IT IS** on this 18th day of December 2025,

**ORDERED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED**; and it is further

**ORDERED** that Respondents shall provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. § 236.1(d) within seven days of the date of this Order; and it is further

**ORDERED** that within 3 days of the bond hearing, Respondents shall file a letter advising the Court of the outcome, upon which the Court will dissolve any temporary restraints and close the matter.

*s/ Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States District Judge**
