REGIS FERNANDEZ, ESQ.
Attorney for Petitioner
7 Federal Square
Newark, New Jersey 07102
973-297-0002
regisfernandez@aol.com

February 16, 2026

Via ECF Filing

Hon. Marlene Cox Arleo, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

    **Re:**    **Martinez Martinez v. Bondi, et al.**
            **Civil Action No. 25CV17572MCA**
            **Withdrawal of Motion to Enforce Order Pending Receipt of Bond Transcript**

Dear Judge Cox Arleo:

      I represent Petitioner Brandon Martinez Martinez in the above-referenced matter.

      Respectfully, I write to request withdrawal of the Motion to Enforce Habeas Corpus Order that I filed on February 13, 2026. At the time of filing, I was unaware that the audio recordings of the bond hearings were available. I am presently seeking production and receipt of a certified bond hearing transcript from the Immigration Court.

Accordingly, I respectfully request that the Court permit Petitioner to voluntarily withdraw the pending Motion to Enforce Order at this time. Upon receipt of the certified transcript, I will file any appropriate motion with a copy of the certified transcript attached as soon as possible, and in any event within the next few days.

Thank you for the Court's consideration.

Respectfully submitted,

/s/ Regis Fernandez
REGIS FERNANDEZ, ESQ.
Attorney for Petitioner

                                                                     SO ORDERED

                                                       _*s/Madeline Cox Arleo*_
                                                     MADELINE COX ARLEO, U.S.D.J.

                                                  Date:   2/17/2026